UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

VALERIE THOMPSON,

        Plaintiff,

v.

LJ ROSS ASSOCIATES, INC.,

        Defendant.

Case No. 2:14-cv-14523
Honorable Denise Page Hood
Magistrate Mona K. Majzoub

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Valerie Thompson and Defendant LJ Ross Associates, Inc., through their undersigned counsel, stipulate and agree, that the above-captioned action be dismissed with prejudice. The parties further agree that each side shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: February 27, 2015

s/Denise Page Hood
Honorable Denise Page Hood

Stipulated and Agreed: February 26, 2015

/s/ Adam G. Taub (w/ consent)
Adam G. Taub (P48703)
Adam G. Taub & Associates
17200 W. Ten Mile Rd., Suite 200
Southfield, MI 48075
T: (248) 746-3790
F: (248) 746-3793
adamgtaub@clgplc.net

/s/ Charity A. Olson
Charity A. Olson (P68295)
OLSON LAW GROUP
2723 S. State St., Suite 150
Ann Arbor, MI 48104
T: (734) 222-5179
F: (866) 941-8712
colson@olsonlawpc.com

1